## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILSON DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| JUSTIN ROBERT SUTHERLAND ) | CASE NO.  09-07578-8-JRL |
| BROOKE FREDERICK ) | |
| SUTHERLAND ) | CHAPTER 13 |
| AKA BROOKE ELIZABETH ) | |
| FREDERICK ) | |
| SSN: xxx-xx-1106 ) | |
| SSN: xxx-xx-3796 ) | |
| DEBTORS ) | |

### NOTICE OF APPEARANCE

Joseph J. Vonnegut, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of his appearance in the above-styled matter as attorney for BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP.

Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP
c/o Joseph J. Vonnegut
THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.
Bankruptcy Department
Post Office Box 2505
Fayetteville, NC 28302

This, the 14th day of October, 2009.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY:  s/Joseph J. Vonnegut
Joseph J. Vonnegut
Attorney for Movant
4317 Ramsey Street
Post Office Box 2505
Fayetteville, NC 28302
(910) 864-2668
State Bar No. 32974

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtors:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC  27615

John F. Logan
Chapter 13 Trustee
P.O. Box 61039
Raleigh, NC  27661-1039

This, the 14th day of October, 2009.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY:  s/Joseph J. Vonnegut
          Joseph J. Vonnegut
          Attorney for Movant
          4317 Ramsey Street
          Post Office Box 2505
          Fayetteville, NC 28302
          (910) 864-2668
          State Bar No. 32974